UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK COOPER,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFERSON B. SESSIONS, III,<br>ATTORNEY GENERAL,<br><br>    Respondent. | No. CV 18-4753-RGK (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Respondent's Motion to Dismiss is granted.
3. Judgment shall be entered consistent with this order.
4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: November 8, 2018

                                                                    HONORABLE R. GARY KLAUSNER
                                                                    UNITED STATES DISTRICT JUDGE