UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARK COOPER, | ) | No. CV 18-4753-RGK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JEFFERSON B. SESSIONS, III, ATTORNEY GENERAL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: November 8, 2018

*/s/ Gary Klausner*

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE